# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Stewart Cory a/k/a Mark S. Cory a/k/a Mark Cory<br>　　　　　　Debtor | CHAPTER 13 |
| MIDFIRST BANK<br>　　　　　　Movant<br>　　vs.<br>Mark Stewart Cory a/k/a Mark S. Cory a/k/a Mark Cory<br>　　　　　　Debtor | NO. 13-17424 MDC |
| William C. Miller Esq.<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## MOTION OF MIDFIRST BANK
## FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER SECTION 362

1.　　Movant is MIDFIRST BANK.

2.　　Debtor is the owner of the premises 931 Wedgewood Drive, Lansdale, PA 19446, hereinafter referred to as the mortgaged premises.

3.　　Movant is the holder of a mortgage, original principal amount of $89,919.00 on the mortgaged premises that was executed on September 22, 1993. Said mortgage was recorded on April 14, 1994 at Book 7341, Page 1077. The Mortgage was subsequently assigned to Movant by way of Assignment of Mortgage recorded on February 2, 2012, at Book 13242, Page 02579 in Montgomery County.

4.　　William C. Miller, Esquire, is the Trustee appointed by the Court.

5.　　The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by Debtor.

6.　　Debtor has failed to make the monthly post-petition mortgage payments in the amount of $907.68 for the months of September 1, 2013 through December 1, 2013 and $918.26 for the months of January 1, 2014 through February 1, 2014, plus late charges totaling $430.68.

7.　　In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $650.00 in legal fees and $176.00 in legal costs. Movant reserves all rights to seek an award or allowance of such fees

and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8. The total amount necessary to reinstate the loan post-petition is $5,897.92 (plus attorney's fees & costs).

9. Debtor is currently delinquent in plan payments to the Chapter 13 Trustee in the amount of $900.00.

10. Movant is entitled to relief from stay for cause.

11. Movant further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Movant may contact Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

12. This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises. Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

/s/ Andrew F. Gornall, Esquire
Andrew F. Gornall, Esquire
Attorney for Movant/Applicant
Main Phone #: 215-627-1322