**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Mark Stewart Cory            Chapter 13

           Debtor            Bankruptcy No. 13-17424-MDC

**Order Dismissing Chapter 13 Case and
<u>Directing Counsel to File Master Mailing List</u>**

AND NOW, this _27th_ day of _February_, 2014, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                           _Magdeline D. Coleman_
                           Magdeline D. Coleman
                           Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Debtor's Attorney:
ANTHONY A FRIGO
SUITE 230
ONE WEST MAIN ST
NORRISTOWN, PA 19401

Debtor:
Mark Stewart Cory

931 Wedgewood Drive

Lansdale, PA 19446